<u>United States v. Lee Philip Stafford</u>

**STATEMENT OF FACTS**

On Monday, March 21, 2011, Timothy Palchak, a Detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi- jurisdictional MPD-FBI Child Exploitation task force.  Detective Palchak was operating out of a satellite office in Washington, DC.  On March 21, 2011, at approximately 3:00 p.m. Detective Palchak ("UC") entered a predicated social network site posing as an individual that had sexual access to a 12 year-old boy.  On Monday, February 28, 2011, at approximately 3:04 p.m., an individual using the screen name "pervboydc" initiated a private email chat conversation with the UC.  This person was later identified as the defendant, Lee Philip Stafford.   The UC and the defendant began a private recorded chat.  During the course of the chat conversation, the defendant agreed to meet the UC to engage in sexual acts with a 12 year-old-boy who was alleged to have been coming to D.C. from Virginia to engage in these sexual acts.

The first chat the defendant sent, in response to the UC's on-line posting, was the following: "Hey want to talk about pedo stuff and hook up?"  When asked by the UC what "things" the defendant "into" the defendant responded "love to talk about dirty pedo and young stuff and hook up."  The UC responded: "what are your limits im into vvyng 0-12.  Active with a 12 yo that I met through another perv, but very careful when sharing him (have to meet before he gets here and play)."  The defendant responded: "wow very nice.  I like 4 and up boys and girls. . . . I'd love to be no limits."  The UC responded: ". . . what are you doing later ? You interested in the 12 once we prove to each other?"  The defendant responded: "oh fuck yes I'd love that."  Some chats later the UC wrote: "He is vers, and pretty pervy for his age, i usually ff him and let him wear my hole out. . ."  The defendant responded: "I love to rim (clean or dirty) and want to try ws. . . . Love to see or try new perv or kinky things"  Based on the experience of the UC "rim" refers to placing one's tongue on another's anus and "ws" is short for "water sports" which refers to using urine during sexual activity.  The UC responded: "cool, you cool with him fucking your ass bb while you blow me?"  The defendant responded: "oh yes that sounds so hot. He neg?  I'd love young cum in me."  The defendant then asked about the size of the child's penis and whether it is "big" "for his age."  The UC responded and gave a measurement for his alleged penis and a measurement for the alleged child 1½ to 2 inches smaller.

At approximately 6:00 p.m. on March 21, 2011, and after several additional text and e-mail messages, the defendant agreed to meet at a location in the District of Columbia.  On Monday, March 21, 2011, at approximately 6:11 p.m. the UC went to the agreed-upon location and saw the defendant.  They shook hands.  The UC told the defendant that he was going to purchase a sandwich for the "boy" at the sandwich shop next to the agreed-upon location.  The defendant agreed.  The two went inside the sandwich shop.  The defendant was arrested without incident.

The defendant waived his <u>Miranda</u> rights and admitted that he had engaged in the above-outlined chat exchange with the UC under the screen name "pervboydc."  He admitted the content of the chat.  He said that he believed it was only fantasy and did not expect to be meeting an actual child.  He admitted to having a child sexual fetish for several years.  He admitted to

masturbating while engaging in child sexual fantasy approximately two times a week.  He said that he had been to therapy to help him with his problem but the therapy has been unsuccessful.  He said that he tried to go "cold turkey" but was not successful.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Subscribed and sworn to before me this _____ day of March, 2011.

_____
U.S. MAGISTRATE JUDGE